JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RAY PERRY,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC ARNOLD, Warden,<br><br>    Respondent. | NO. EDCV17-1019-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 2, 2019

_____
GEORGE H. WU
United States District Judge